Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−10322−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward D. Sprich Jr.
   63 Lake Terrace
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−7294

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Susan Zive , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

63 Lake Terrace, Sparta, NJ.


Dated: March 2, 2022
JAN: smz

                                             Jeanne Naughton
                                             Clerk