Certificate Number: 15317-NJ-DE-036461904

Bankruptcy Case Number: 22-10322



15317-NJ-DE-036461904

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 8, 2022, at 12:17 o'clock PM PDT, Edward D Sprich Jr completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 8, 2022                By:    /s/Jezlygh Dela Cruz

                                     Name:  Jezlygh Dela Cruz

                                     Title: Credit Counselor